# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MAXINE QUEYROUZE NICAUD

VERSUS

HARVEY JOSEPH NICAUD, JR.

NO.  2021 CW 1020

**OCTOBER 21, 2021**

---

In Re:  Harvey Joseph Nicaud, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2012-14977.

---

**BEFORE:  McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT NOT CONSIDERED.** The writ application appears to be untimely. On February 23, 2017, this court found that the district court's August 30, 2016, denial of relator's Rule to Show Cause Why Judgment Should Not Be Declared Satisfied was an interlocutory ruling, not subject to an appeal. Though this court instructed the district court to set a return date for relator to file an application for supervisory review, it has now been over five years since the district court's decision.

Moreover, this writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8), (9), & (10). Defendant/relator, Harvey Joseph Nicaud, Jr., failed to include a copy of the pleadings upon which the ruling was founded, any opposition thereto filed with the district court, and a copy of the pertinent court minutes.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4.9.

In the event relator seeks to file a new application with this court, such application must contain all pertinent documentation, demonstrate the timeliness of such an application, and comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before November 9, 2021 and must contain a copy of this ruling.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT